## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

May 2, 2024

<u>**VIA ECF**</u>
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   <u>**Janelys Hernandez v. Theralogix, LLC - 1:23-cv-03538-KPF**</u>

To the Honorable Judge Katherine Polk Failla,

    The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently scheduled for May 9, 2024. The parties are close to a resolution of this matter and respectfully request a thirty (30) day adjournment of the conference, to June 10, 2024, or later at the court's convenience, before which date we anticipate filing a notice of voluntary dismissal. This is the first time this relief is being requested and is with the consent of the Defendant.

    The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

```
Application GRANTED.  In light of representations made by Plaintiff's
counsel, the initial conference in this action shall be ADJOURNED to
June 18, 2024, at 2:30 p.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 17.

Dated:     May 3, 2024                SO ORDERED.
           New York, New York
```

*(signature)*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```