UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JANELYS HERNANDEZ, on behalf of herself
and all others similarly situated,

                Plaintiff,

-against-

THERALOGIX, LLC,

                Defendant.
---------------------------------------------------------x

Case No.: 1:23-cv-03538-KPF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JANELYS HERNANDEZ ("Plaintiff") and THERALOGIX, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: May 30, 2024

The Law Office of Noor A. Saab

By: _____
Noor A. Saab Esq.
*Attorney for the Plaintiff*
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

VENABLE LLP

By: _____
Caroline P. Gately, Esq.
*Attorney for the Defendant*
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4744
Email: cpgately@venable.com

SO ORDERED:

Dated: _____, 2024

_____
United States District Judge